STATE OF NEW JERSEY v. JAMES ROBINSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE AULBREY ROBINSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES DELOATCH.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. NATHANIEL BOWERS.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST DZIEUSIUTA.

May 28, 1987.

Petition for certification denied.